| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | LAUREL J. MONTOYA |
|   | Assistant United States Attorneys |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
|   | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-cr-00401 AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MANUEL MACIEL, ET AL. | |
| Defendants, | |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 23, 2014 at 1:00 p.m.

2. By this stipulation, the parties now move to continue the status conference until August 25, 2014 at 1:00 p.m. and to exclude time between June 23, 2014 and August 25, 2014, under 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the initial discovery has been provided and is continuing to prepare additional discovery in this matter. Discovery is ongoing at this time but is not complete.

b. There are scheduling conflicts with Ms. McGlenon and Mr. Sherman on June 23, 2014 – the date presently set. Further, Mr. Sherman is unavailable during the month of July as he is scheduled to be in a trial starting July 1 and expected to go the entire month.

c. Counsel for defendants need additional time for investigation and preparation. Counsel for defendants are continuing to investigate the matter. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation and resolution, taking into account the exercise of due diligence.

d. The government does not object to the continuance and agrees a continuance is necessary due to the ongoing voluminous discovery review.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 23, 2014 to August 25, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants interest in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of

///
///
///
///
///
///
///

the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: June 18, 2014                    /s/ Laurel J. Montoya
                                                     LAUREL J. MONTOYA
                                                     Assistant United States Attorney

DATED: June 18, 2014                    /s/ David Balakian
                                                     DAVID BALAKIAN
                                                     Attorney for Defendant Manuel Maciel

DATED: June 18, 2014                    /s/ Ann H. McGlenon
                                                     ANN H. MCGLENON
                                                     Attorney for Defendant Juan Marcos Prado Sandoval

DATED: June 18, 2014                    /s/ Victor Sherman
                                                     VICTOR SHERMAN
                                                     Attorney for Defendant Orlando Delfin-Lara

O R D E R

IT IS SO FOUND AND ORDERED that the Third Status Conference for defendant **MANUEL MACIEL (1), JUAN MARCOS PRADO-SANDOVAL (2) and ORLANDO DELFIN-LARA (3),** is continued from June 23, 2014 to August 25, 2014 at 1:00PM before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **June 19, 2014**                                /s/ Barbara A. McAuliffe
                                                                         UNITED STATES MAGISTRATE JUDGE