HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
JUAN MARCOS PRADO-SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:13-cr-00401-DAD-BAM-2 |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) MOTIONS BRIEFING SCHEDULE AND |
| vs. | ) MOTION HEARING |
| JUAN MARCOS PRADO-SANDOVAL, | ) DATE: February 8, 2016 |
| | ) TIME: 10:00 a.m. |
| Defendant. | ) JUDGE: Honorable Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Laurel J. Montoya, Counsel for Plaintiff, and Assistant Federal Defender Ann H. McGlenon, Counsel for Defendant Juan Marcos Prado-Sandoval, that the motion hearing scheduled for January 25, 2016 at 10:00 a.m., before Honorable Dale A. Drozd may be continued to February 8, 2016 at 10:00 a.m. It is further stipulated that the motions briefing schedule be set as follows:

Defendant's Motion:      December 31, 2015

Government's Response:   January 22, 2016

Defendant's Reply:       February 1, 2016

Motion Hearing:          February 8, 2016, at 10:00 a.m.

The reason for this continuance is that the motion to sever is necessary prior to trial, but parties were attempting to negotiate.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated:  December 11, 2015     /s/ *Laurel J. Montoya*
LAUREL J. MONTOYA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated:  December 11, 2015     /s/ *Ann H. McGlenon*
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
LAWRENCE TIDWELL

## O R D E R

For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:  **December 11, 2015**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE