HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
JUAN MARCOS PRADO-SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUAN MARCOS PRADO-SANDOVAL,<br><br>　　　　　Defendant. | Case No.  1:13-cr-00401 DAD-BAM-2<br><br>STIPULATION TO AMEND JUDGMENT<br><br>JUDGE:　　Honorable Dale A. Drozd |

　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Laurel J. Montoya, Counsel for Plaintiff, and Assistant Federal Defender Ann H. McGlenon, Counsel for Defendant Juan Marcos Prado-Sandoval, that the judgment in the above entitled matter filed May 4, 2016 be amended under Rule 36 to remove the monikers, El Taliban and Taliban, listed in the AKA section.

　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　United States Attorney


Dated: May 5, 2016　　　　　　　　/s/ *Laurel J. Montoya*
　　　　　　　　　　　　　　　　　　LAUREL J. MONTOYA
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1 | HEATHER E. WILLIAMS
2 | Federal Defender
3 | Dated:  May 5, 2016     /s/ *Ann H. McGlenon*
4 | ANN H. MCGLENON
  | Assistant Federal Defender
  | Attorney for Defendant
5 | JUAN MARCOS PRADO-SANDOVAL

**O R D E R**

IT IS SO ORDERED.

Dated:  **May 9, 2016**        /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE